PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevinv.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
HAROLD STOREY (State Bar No. 268603)
hstorey@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
CREAGRI, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CREAGRI, INC., a California Corporation, | Case No.: 11-CV-06635 LHK |
|---|---|
| Plaintiff/Counterdefendant, | [~~PROPOSED~~] ORDER |
| v. | |
| PINNACLIFE INC., an Nevada Corporation, | |
| Defendant/Counterclaimant. | |
| AND RELATED COUNTERCLAIMS. | |

The Court, having considered the foregoing, and good cause appearing therefore, it is hereby ordered that:

The initial Case Management Conference, currently scheduled for June 13, 2012, shall be continued to July 25, 2012, at 2:00 p.m.

The Parties' Rule 26(f) Report and Joint Case Management Conference Statement shall be due seven days prior to the rescheduled initial Cases Management Conference.

1

[~~PROPOSED~~] ORDER                                                                                             Case No. 11-CV-06635 LHK

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: May 24, 2012                    By: *Lucy H. Koh*
                                       HONORABLE LUCY KOH
                                       UNITED STATES DISTRICT JUDGE
                                       NORTHERN DISTRICT OF CALIFORNIA