1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  HAROLD STOREY (State Bar No. 268603)
   hstorey@kramerlevin.com
4  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   990 Marsh Road
5  Menlo Park, CA 94025
   Telephone: (650) 752-1700
6  Facsimile: (650) 752-1800

7  *Attorneys for Plaintiff*
   CREAGRI, INC.

8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California Corporation,<br><br>    Plaintiff<br><br>    v.<br><br>PINNACLIFE INC., a Nevada Corporation,<br><br>    Defendant | Case No.: 11-CV-06635 LHK-PSG<br><br>[PROPOSED] ORDER |

    The Court, having considered the foregoing, and good cause appearing therefore, it is hereby ordered that:

    The Further Case Management Conference and Motion Hearing on Defendant's Motion to Dismiss Count II of CreAgri's Amended Complaint, currently scheduled for December 13, 2012, shall be continued to ~~December 20, 2012, at 2:00 p.m.~~ `January 3, 2013 at 1:30 p.m.`

    The Parties' Case Management Conference Statement shall be due seven days prior to the rescheduled Further Case Management Conference and Motion Hearing.

///

///

---

[PROPOSED] ORDER                                                    Case No. 11-CV-06635 LHK-PSG

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

4 | Dated: November 26, 2012            By: /s/ Lucy H. Koh
HONORABLE LUCY KOH
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[PROPOSED] ORDER                                                    Case No. 11-CV-06635 LHK-PSG