# Exhibit H

home ----------     OUR PRODUCTS ----------- research-------- events ------------- SHOP     



                    

$29.95                $9.95                $24.95                $19.95                $19.95

Pinnaclife® is a science company supporting better health through Olivamine 10 ™ . Each Pinnaclife supplement is infused with the powerful patent pending antioxidant blend Olivamine 10 ™ . Every supplement is carefully formulated to be gentle on the body and is committed to providing only bioavailable ingredients that the body can use.

### Products
- Olivamine 10 ™
- Olivamine 10 ™ D3 + Magnesium
- Olivamine 10 ™ Multivitamin
- Olivamine 10 ™ Omega-3
- Olivamine 10 ™ Prebiotic Fiber

### Your Health
- Diagnosed With a Disease
- Family History of Disease
- Suffering from Chronic Illness
- Friend or Family Diagnosed
- Ready to Improve your health

### Shop
- Find In Store
- Buy Now
- View Cart
- Products
- Pinnaclife Products Journey

### Pinnaclife
- Home
- Research
- Events
- Blog



### Contact Info
Pinnaclife, Inc.
59 Second Street
Coralville, IA 52241
Phone: 1-855-312-8667
Email: inquire@pinnaclife.com

© 2013 - Pinnaclife - All Rights Reserved

These statements have not been evaluated by the Food and Drug Administration.
Pinnaclife products do not diagnose, treat, cure or prevent any diseases and no such claims are approved by Pinnaclife, Inc.
Models being used on this site are for illustrative purposes only. The professionals interviewed on this site are unpaid advocates.