UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California Corporation, <br><br>  Plaintiff, <br> v. <br><br> PINNACLIFE INC., a Nevada Corporation, <br><br>  Defendant. | Case No.: 11-CV-06635-LHK <br><br> ORDER RE: SETTLEMENT CONFERENCE AND MOTION TO DISMISS |

As discussed at the February 8, 2013 claim construction hearing, the parties are hereby ordered to participate in a settlement conference with Magistrate Judge Lloyd by May 31, 2013. The parties shall meet and confer regarding Pinnaclife's pending motion to dismiss and file a status report on this motion by February 28, 2013. The parties are advised that they are limited to one motion for summary judgment.

**IT IS SO ORDERED.**

Dated: February 8, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-06635
ORDER RE: SETTLEMENT CONFERENCE AND MOTION TO DISMISS