UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California Corporation,<br><br>   Plaintiff,<br>   v.<br><br>PINNACLIFE INC., a Nevada Corporation,<br><br>   Defendant. | Case No.: 11-CV-06635-LHK<br><br>ORDER RE: STATUS REPORT |

On February 28, 2013, the parties filed a status report regarding Pinnaclife's pending motion to dismiss CreAgri's inducement claim in CreAgri's Second Amended Complaint. ECF No. 61. In the status report, Pinnaclife requests that the Court alter the case schedule so that Pinnaclife's motion to dismiss may be heard before the parties are required to prepare their dispositive motions. Pinnaclife's request is DENIED.

**IT IS SO ORDERED.**

Dated: March 1, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1