# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLIFE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 11-CV-06635-LHK<br><br>[PROPOSED] **CASE MANAGEMENT ORDER** |

A Stipulated Request for Order Changing Time for Close of Fact and Expert Discovery was submitted by the Parties on April 30, 2013.

The case schedule is amended as follows:

CLOSE OF FACT DISCOVERY: May 31, 2013. Fact discovery is limited to the discovery to which the parties stipulate.

EXPERT DISCOVERY
Opening Reports: June 14, 2013
Rebuttal Reports: July 5, 2013
Close of Discovery: July 19, 2013

LAST DAY TO FILE DISPOSITIVE MOTIONS: September 19, 2013. The parties' motions shall be heard no later than October 31, 2013, at 1:30 p.m. Each side is limited to one summary judgment motion in this case.

PRETRIAL CONFERENCE: December 19, 2013, at 1:30 p.m.

JURY TRIAL: January 21, 2014, at 9:00 a.m.

ESTIMATE LENGTH OF TRIAL: 6 Days

**IT IS SO ORDERED.**

Date: May 2, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

SF01DOCS\136471.1

CASE NO.: 11-cv-06635-LHK
[PROPOSED] CASE MANAGEMENT ORDER