**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California Corporation, ) | Case No.: 11-CV-06635-LHK |
| )  Plaintiffs, ) | ORDER CONTINUING MOTION HEARING |
| v. ) | |
| PINNACLIFE INC., a Nevada Corporation, ) | |
| )  Defendants. ) | |
| ) | |

On July 1, 2013, Plaintiff filed a Motion to Disqualify Pinnaclife, Inc.'s Expert Witness. Plaintiff did not obtain a hearing date from Courtroom Deputy Martha Parker Brown as required by this Court's Scheduling Order. Plaintiff noticed the Motion for August 8, 2013. The Court is not able to hear the Motion on that date. The Court hereby CONTINUES the hearing on Plaintiff's Motion to October 31, 2013, at 1:30 p.m. (the date currently set for the hearing on the parties' Motions for Summary Judgment).

**IT IS SO ORDERED.**

Dated: July 2, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-06635-LHK
ORDER CONTINUING MOTION HEARING