**BRYAN CAVE LLP**
K. Lee Marshall, Cal. Bar No. 277092
Berrie R. Goldman, Cal. Bar No. 246061
Tracy M. Talbot, Cal. Bar No. 259786
Nicholas Lind, Cal. Bar No. 280427
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:    klmarshall@bryancave.com
          berrie.goldman@bryancave.com
          tracy.talbot@bryancave.com
          nick.lind@bryancave.com

Attorneys for Defendant
PINNACLIFE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREAGRI, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLIFE INC., a Nevada Corporation,<br><br>Defendant. | Case No. 5:11-cv-06635-LHK<br><br>Hon. Lucy H. Koh<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DEADLINES FOR OPPOSITION AND REPLY TO CREAGRI, INC.'S MOTION TO DISQUALIFY PINNACLIFE, INC.'S EXPERT WITNESS DR. FRANCESO VISIOLI (Dkt. 80); [PROPOSED] ORDER; DECLARATION OF TRACY M. TALBOT**<br><br>[Civil L.R. 6-2] |

1   Pursuant to Civil L.R. 6-2, Plaintiff CreAgri, Inc. ("CreAgri") and Defendant Pinnaclife,
2 Inc. ("Pinnaclife") (collectively, "the Parties") submit this stipulated request for an order
3 extending the deadlines to file the Opposition and Reply to CreAgri's Motion to Disqualify
4 Pinnaclife's Expert Witness Dr. Franceso Visioli ("Motion to Disqualify") (Dkt. 80).

5   1.   On July 1, 2013, CreAgri filed the Motion to Disqualify and set the hearing for
6 August 8, 2013.

7   2.   On July 2, 2013, the Court issued an order continuing the hearing on the Motion to
8 Disqualify to October 31, 2013, the date currently reserved for summary judgment motions.

9   3.   Pinnaclife's Opposition to the Motion to Disqualify is currently scheduled to be
10 due on July 15, 2013.

11   4.   CreAgri's Reply in support of the Motion to Disqualify is currently scheduled to be
12 due on July 22, 2013.

13   5.   Expert depositions are currently scheduled for July 16 and July 25, 2013.

14   6.   In light of the scheduled expert depositions, the parties request an extension of time
15 to file the Opposition and Reply.

16   7.   Accordingly, the Parties respectfully request the Court to enter an order modifying
17 the deadlines as follows:

18   • Opposition to Motion to Disqualify due:   July 19, 2013
19   • Reply in support of Motion to Disqualify due:   July 30, 2013.

20   8.   The time modification will not affect the schedule for the case, and will have no
21 impact on the deadline for dispositive motions or trial.

22

23 Dated: July 12, 2013            Respectfully submitted,

24                                 **BRYAN CAVE LLP**

25

26                                 By:   /s/ *Tracy M. Talbot*
                                        Tracy M. Talbot
                                        Attorneys for Defendant
27                                      PINNACLIFE, INC.

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Dated: July 12, 2013

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ *Hannah Lee*
      Hannah Lee

Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
Hannah Lee (State Bar No. 253197)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
CREAGRI, INC.

I, Tracy M. Talbot, attest that the content of this document is acceptable to all persons required to sign the document.

      */s/ Tracy M. Talbot*

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Date: July 16, 2013

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge