UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California corporation, ) | Case No.: 5:11-CV-06635-LHK |
| Plaintiff, ) | |
| v. ) | ORDER VACATING MOTION HEARING |
| PINNACLIFE INC., a Nevada corporation, ) | |
| Defendant. ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant Pinnaclife Inc.'s Motion to Dismiss is appropriate for determination without oral argument. *See* ECF No. 54. Accordingly, the hearing on the motion set for July, 25, 2013 is VACATED. The Case Management Conference set for August 21, 2013, at 2:00 p.m. remains as set. *See* ECF No. 69.

**IT IS SO ORDERED.**

Dated: July 24, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge