UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California corporation, ) | Case No.: 5:11-CV-06635-LHK |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING MOTION HEARING |
| PINNACLIFE INC., a Nevada corporation, ) | |
| Defendant. ) | |

The Court CONTINUES the Hearing on the Motions for Summary Judgment to November 21, 2013, at 1:30 p.m. The Hearing on the Motion to Disqualify remains as set for October 31, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 20, 2013

_____
LUCY H. KOH
United States District Judge