UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California corporation, | Case No.: 5:11-CV-06635-LHK |
| Plaintiff, | |
| v. | ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS ON MOTIONS FOR ATTORNEYS' FEES |
| PINNACLIFE INC., a Nevada corporation, | |
| Defendant. | |

The Court orders the parties file supplemental briefs regarding the effect, if any, of the Supreme Court's decisions in *Highmark Inc. v. Allcare Management System, Inc.*, No. 12-1163, 572 U.S. ____ (April 29, 2014), and *Octane Fitness, LLC v. Icon Health & Fitness, Inc.*, No. 12-1184, 572 U.S. ____ (April 29, 2014), on Pinnaclife's motions for attorneys' fees, ECF Nos. 190, 192. Pinnaclife shall file a brief of a maximum of four pages addressing this issue by May 6, 2014. CreAgri shall respond with a brief of a maximum of four pages by May 13, 2014. Pinnaclife may file a reply of a maximum of two pages by May 16, 2014. The hearing on the motions scheduled for May 29, 2014 at 1:30 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: April 29, 2014

_____
LUCY H. KOH
United States District Judge