UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREAGRI, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PINNACLIFE INC., a Nevada corporation,<br><br>    Defendant. | Case No.: 5:11-CV-06635-LHK<br><br>ORDER VACATING HEARING ON MOTIONS FOR ATTORNEYS' FEES |

The Court finds the motions for attorneys' fees suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b) and accordingly VACATES the hearings set for May 29, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge